**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL MORSE,

     Plaintiff,

v.

THE HERTZ CORPORATION, et al.,

     Defendants.

Case No. 2:25-cv-02482-GMN-NJK

**Order**

     To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by February 10, 2026.

     IT IS SO ORDERED.

     Dated: February 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1