**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Michael Morse, et al.,
Plaintiff(s),
v.
The Hertz Corporation, et al.,
Defendant(s).

Case No. 2:25-cv-02482-GMN-NJK

**Order**

[Docket No. 53]

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 53, which is **GRANTED**. The settlement conference is **RESET** to 10:00 a.m. on April 13, 2027. The parties must submit settlement statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on April 6, 2027. The Court's previous order setting the settlement conference (Docket No. 50) continues to govern in all other respects.

IT IS SO ORDERED.

Dated: October 19, 2026

Nancy J. Koppe
United States Magistrate Judge